NELLIE M. HOLCOMB, as Administratrix of the Estate of GEORGE F. HOLCOMB, Deceased, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Holcomb* v. *N. Y. C. & H. R. R. R. Co.*, 100 App. Div. 512, affirmed.
(Argued October 25, 1905; decided November 21, 1905.)

APPEAL from a judgment, entered February 1, 1905, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed an order made at a Trial Term denying a motion for a new trial after the rendition of a verdict in favor of plaintiff.

*Daniel M. Beach* for appellant.

*William S. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J. Absent: O'BRIEN, J.